James A. POWELL, Appellant,

v.

Mel CARNAHAN et al., Respondents.

No. WD 59438.

Missouri Court of Appeals,
Western District.

Jan. 22, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 5, 2002.

Application for Transfer Denied
April 23, 2002.

Henry Cummings, St. Charles, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan K. Glass, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before VICTOR C. HOWARD, P.J., PATRICIA A. BRECKENRIDGE and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. James A. Powell appeals the judgment of the trial court, which dismissed his petition for a declaratory judgment.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).